NF

CO-290
Rev. 3/88

Notice of Appeal Criminal

United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
) 06-085-M-01
vs. ) Criminal No. P0546973
JEANNE L OLSON )

NOTICE OF APPEAL

Name and address of appellant: Jeanne OLSON

FILED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney:
Defendant Pro Se

Offense: Demonstrating without a Permit on September 26, 2005

Concise statement of judgment or order, giving date, and any sentence:
Guilty: March 2006
Judgement Entered: Time Served + $25 processing

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3/21/06
DATE

[signature]
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?    YES ☐   NO ☐
Has counsel ordered transcripts?           YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐  NO ☐

RECEIVED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


$31.00 FEE